**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

KIRK ALLEN,

**DEFENDANT'S**
**RULE 26(a)(1)**
**INITIAL DISCLOSURES**

Plaintiff,

-against-

08-1310 (SCR)

WAPPINGERS CENTRAL SCHOOL
DISTRICT, SHERRILL MURRAY-LAZARUS
and RICHARD POWELL, sued in their
individual capacities,

Defendant.
-------------------------------------------------------------x

Pursuant to FRCP 26(a)(1)(A), Defendants Wappingers Central School District, Sherrill Murray-Lazarus and Richard Powell, ("Defendants), by their attorneys, Donoghue, Thomas, Auslander & Drohan, LLP, hereby provide the following initial disclosure:

**I.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT DEFENDANT'S DEFENSES.**

Disclosure

1.    Richard Powell, Superintendent
      Wappingers Central School District ("WCSD")
      167 Myers Corners Road, Suite 200
      Wappingers Falls, NY 12590

2.    Sherrill Murray-Lazarus, Principal
      Roy C. Ketcham High School (RCK)
      99 Myers Corners Road
      Wappingers Falls, NY 12590

3.    Dr. Cheryl Thomas, Assistant Superintendent
      WCSD
      167 Myers Corners Road, Suite 200
      Wappingers Falls, NY 12590

4.    Joanne Sereda, Director of Human Resources
      WCSD
      167 Myers Corners Road, Suite 200
      Wappingers Falls, NY 12590

5.     Marilyn Kovarik, District Coordinator for Mathematics and Business Education
       WCSD
       167 Myers Corners Road, Suite 200
       Wappingers Falls, NY 12590

6.     Stephen Lowrey, Assistant Principal
       RCK
       99 Myers Corners Road
       Wappingers Falls, NY 12590

7.     Matthew Lawrence, Assistant Principal
       RCK
       99 Myers Corners Road
       Wappingers Falls, NY 12590

8.     Kathy Conroy
       RCK
       99 Myers Corners Road
       Wappingers Falls, NY 12590

9.     Shelby Outwater, Personnel Assistant
       WCSD
       167 Myers Corners Road, Suite 200
       Wappingers Falls, NY 12590

10.    John Hafner
       RCK
       99 Myers Corners Road
       Wappingers Falls, NY 12590

11.    Patrick Mealy
       RCK
       99 Myers Corners Road
       Wappingers Falls, NY 12590

12.    Maria R. Bastone
       New York State United Teachers
       800 Troy-Schenectady Road
       Latham, NY 12110

13.    Thomas F. Kelly, III, Esq.
       Kelly & Meenagh
       135 North Water Street
       Poughkeepsie, NY 12601

14.    Steven M. Berman
       New York State United Teachers
       201 Stockade Drive
       Kingston, NY 12401

All of the aforesaid individuals are likely to have discoverable information related to the events alleged in Plaintiff's complaint.

**II.     DOCUMENTS AND LOCATION**

1.     05/11/07 S. Lazarus and M. Kovarik memo to J. Sereda and C. Thomas re: K. Allen

2.     05/18/07 S. Lazarus and M. Kovarik memo to J. Sereda and C. Thomas re: K. Allen

3.     05/21/07 Memo to K. Allen from S. Lazarus re: meeting

4.     05/21/04 R. Powell letter to K. Allen re: termination

5.     06/05/07 Termination letter

6.     06/13/07 Resignation letter

7.     06/25/07 T. Kelly letter to S. Waxman

8.     06/27/07 S. Waxman letter to J. Sereda

9.     06/06/07 S. Lazarus memo to J. Sereda

10.    RCK Faculty Handbook section re: visitors to schools

11.    WCSD Policy Manual, Policy #1240 re: visitors to schools

12.    WCSD Policy Manual, Policy #1240-R re: visitors to schools

13.    10/11/07 Classroom teacher observation

14.    06/05/07 Classroom teacher observation w/rebuttal

15.    03/15/07 Classroom teacher observation

16.    12/11/06 Classroom teacher observation

17.    08/15/06 Notice of Teacher Assignment

18.    Mentoring Log for the period 08/06 through 07/07

19.    07/26/06 M. Kovarik memo to C. Brady re: recommendation to appoint

**III.     INSURANCE**

After commencement of discovery, the applicable insurance agreement between the Wappingers Central School District and Utica Mutual Insurance Company (Graphic Arts Mutual Insurance Company)

will be made available for copying and inspection, as required, at the offices of Donoghue, Thomas, Auslander, and Drohan, LLP, 2517 Route 52, Hopewell Junction, NY 12533.

Defendants reserve their rights to supplement their Rule 26(a) disclosure to the extent necessary and appropriate pursuant to the applicable provisions of the Federal Rules of Civil Procedure.

Dated:  May 14, 2008

                    Yours, etc.,

                    DONOGHUE, THOMAS, AUSLANDER & DROHAN, LLP

                    By:
                            Vincent P. D'Andrea (VD6614)
                            Attorneys for Defendants
                            2517 Route 52
                            Hopewell Junction, NY 12533
                            Tel. No. (845) 227-3000
                            Fax No. (845) 227-6873


TO:    Michael Sussman, Esq.
        Sussman & Watkins
        Attorneys for Plaintiff
        40 Park Place
        Goshen, NY 10924